1  Veronica Kuiumdjian (SBN 244825)
   Email: vkuiumdjian@reedsmith.com
2  **REED SMITH LLP**
   1901 Avenue of the Stars, Suite 700
3  Los Angeles, CA  90067-6078
   Telephone:  310.734.5200
4  Facsimile:   310.734.5299

5  William R. Overend (SBN 180209)
   Email: woverend@reedsmith.com
6  **REED SMITH LLP**
   Two Embarcadero Center, Suite 2000
7  San Francisco, CA 94111

8  Telephone:  415 543 8700
   Facsimile:   415 391 8269

9

10 Attorneys for Plaintiff
   Plumbing-Heating-Cooling
   Contractors—National Association

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBING-HEATING-COOLING CONTRACTORS—NATIONAL ASSOCIATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID ALLEN BISCHOF, an individual; DAVE BISCHOF, INC., a California corporation; and FAUCETCRAFT, INC., a California corporation,<br><br>Defendants. | Case No. CV 07-08295 SVW (RCw)<br><br>**INJUNCTION AND FINAL JUDGMENT**<br><br>Honorable Stephen V. Wilson<br><br>Trial Date: vacated |

JS-6

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that final judgment be and hereby is entered as set forth below:

1. PHCC owns the following federally-registered trademarks: the collective membership mark, "PHCC" and design, issued as U.S. Trademark Registration No. 901942; the service mark "PHCC," issued as U.S. Trademark Registration No. 2,343,119; and the trademark and service mark "QSC PHCC QUALITY SERVICE CONTRACTORS TRUST THE NATION'S BEST" and design, issued as U.S. Trademark Registration No. 2,281,603 (collectively referred to as "THE MARKS").

2. Defendants David Allen Bischof, Dave Bischof, Inc., and Faucetcraft, Inc. (collectively "Defendants"), and each of them, their officers, directors, agents, servants, employees and any person in active concert or participation with them, shall be restrained and enjoined from using any of THE MARKS, or any reproduction, counterfeit, duplication, copy or colorable imitation of THE MARKS, or any term that is likely to be confused with THE MARKS, in connection with any aspect of Defendants' business(es), including the marketing, advertising, distributing, offering for sale, or sale of any plumbing, heating and/or cooling products or services unless or until Bischof reinstates his membership in PHCC as provided in paragraph 3 of the Settlement Agreement.

3. Violation of this injunction shall subject Defendants to contempt and any remedy available at law or equity, including, but not limited to, injunctive relief, monetary damages and the award of reasonable attorneys' fees and costs in enforcing this injunction.

4. This Court shall retain jurisdiction of this matter in connection with any disputes arising out of the settlement agreement entered into between the parties and

1  any possible violations of this Injunction and Final Judgment.

2

3      5.    The parties are each to bear their own attorneys' fees and costs incurred
4  in connection with this action.

5

6      IT IS SO ORDERED.

7

8      DATED: August _26_, 2008.

9

10                        By_____
                         Stephen V. Wilson
                         U.S. District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –   H:\My Documents\OVEREND\PHCC Proposed Injunction and Final Judgment.doc
Proposed Injunction and Final Judgment, Case No. CV 07-08295 SVW (RCW)